Plaintiff  Raphael/Eoin/Meiliamep  Document/Defendant: President Barack H. Obama
of The Executive Branch
Position of Government with his
administration

8:12CV1275 | 30 KEP

This civil suit of a complaint with a claim is to recover physical and mental damages from The United
States Executive Branch Position of The Federal Government as (Barack H. Obama) in the position being
President of The United States of America with his administration in the positions of The United States
Military/Secretary of Defense/Joint Chief of Staff or Generals, CIA or Central Intelligence Agency, NASA
or The National Aeronautic and Space Administration, and The DOE or The Department of Energy by The
Executive Branch Positions of The Federal Government in having the partial assisting authority with full
supervision over the appointed and nominated positions of The Federal Government Institutions by the
allegations to be stated or expressed against The Federal Government Institutions for the allowing of
the continuous developments with the continuous degenerations or destructions of False Diseases and
Cancers, Physical and Mental Processing Disorders, Birth Defects, Visual Disorders, and False Transiting
of Deaths in The American People and the relating to me from the continuous attacks of a Foreign Race
From Another Solar System with a Group of People from Earth in conjunction with them in stealing or
robbing the Earth resources in elements of unknowing to us that elements produce the Real
Fuctionability in manifestations of Tangible Powers in the technological innovations which awareness of
the (Space Ships from the Foreign Race of Another Solar System) in orbiting the Earth by The Federal
Government Institutions of previously stating has been since (President Lyndon B. Johnson) with his
administration to the present President being (Barack H. Obama) with his Administration.
    The allegations are the following;


By (President Barack H. Obama) in not responding to inform The United States Congress with The
American in the information of (Space Ships from a Foreign Race of Another Solar System) in orbiting
around the Earth by a public address at the minimal in knowing by briefing of orientation in occupying
the office of The Presidency or the knowing in awareness during any time in occupying the office of the
Presidency by the informing from The Federal Government Institutions of previously stated or a civilian
by direct communication or indirect communication through The Federal Government Institutions with
the same in applying to the (former Presidents of The United States of America since President Lyndon
B. Johnson), The United States President being (Barack H. Obama) with the (former Presidents) have not
allowed and is not allowing The American People and people of the earth to prepare in protecting
themselves from the attacks in detriment from the (Foreign Race from Another Solar System with a
Group in People of Earth) from the lacking of a public address from The President which attack of
detriment are happening of now in experiments in the developing of False Diseases and Cancers,
Physical and Mental Processing Disorders, Birth Defects, Visual Disorder, and Transiting of Deaths in The
American People and people of Earth in conjunction with the attacks of experiments in manipulation of
Environment for the deception to accommodate Religions with their False Religious Prophesies for Fun,
experiments in manipulation of animals for the deception of False Extinction of animals and the altering
in the animals appearances from the Jurassic Prehistoric Period that animals of now will revert back to
their Jurassic Prehistoric appearances -(Fact of what I state in Surety)-, and the direct controlling
manipulation in the weather of believing to be a naturality for the Making of False Natural Disaster and
the False Natural Developments in weather condition of an illusions in naturality from a False
Atmosphere in surrounding the Earth for both weather conditions to cloak the mining operations of the
(Foreign Race from Another Solar System with a Group in People of Earth) that mining routes of entering
and existing are under the water of the oceans and the ice of the North and South Poles being
undetected by the none functional technological innovations of the Earth which lacking of Neglect in the
informing of the present of (Space Ships) from a (Foreign Race from Another Solar System) in
surrounding the Earth in the information from (President Barack H. Obama) to The United States
Congress with The American People has resulted and is resulting in the detriment of all problems in
need of solving and having been Falsely solved in therefore committing (Treason).





By (President Barack H. Obama and The Secretary of Defense) in hiding information of the <u>Moon</u> being a (<u>Space Ship of a Foreign Race from Another Solar System</u>) at the minimal knowledge in having of (<u>Prresident Barack H. Obama and The Secretary of Defense</u>) with not informing The United States Congress and The American People by a direct public address for The American People to prepare in protecting themselves against a possible attack from the (<u>Foreign Race of Another Solar System</u>) in the event of failing communications, (President Barack H. Obama and The Secretary of Defense) have <u>Neglected and are Neglecting</u> to protect The American People with the Earth by not informing  The United States Congress and The American People of the presence of the (<u>Space Ship in posing as a False Moon</u>) with the possibility of attacks in experiments in performing of presently now on The American People by (<u>The Foreign Race of Another Solar System with a Group in People of Earth</u>) in detriment of all <u>problems in need of solving and having been Falsely Solved</u> to The American People by the (<u>Foreign Race</u>) in not communicating with The People of Earth by the presence of the Foreign Race's Space Ship being openly revealing of itself with the orbiting in closeness of proximity to the Earth which <u>Neglect</u> of (<u>President Brarack H. Obama and The Secretary of Defense</u>) is resulting in the detriment to The American People with the Earth in therefore committing (<u>Treason</u>).

By (<u>The United States Military/Joint Chief of Staff or Generals</u>) in knowing of the Earth being sounded by (<u>Space Ships of a Foreign Race from Another Solar System</u>) <u>in posing as Stars of False Constellations and False Moon</u> with The United States Military in not engaging the (<u>Foreign Race</u>) for an investigation of possible developing of the Earth's detriments in actuality being the cause of Earth's detriments and not informing of both (<u>The United States Executive Branch Position</u>) in possibly neglecting of its authoritative position and (<u>The United State Congress being the supreme or main authority</u>) over both The United States Executive Branch Position and The United States Military, (<u>The United States Military/Joint Chief of Staff or Generals</u>) are allowing the purposeful attacks of experiments on The American People and the Earth <u>in not considering the possibility</u> of the (<u>Foreign Race from Another Solar System in separation with a Group in People of Earth</u>) in unknowing to you of now but revealing to you in the forcing of communicating of the (<u>Foreign Race</u>) with us by here as the Truth in Facts of the allegations in the initiating of detrimental developments on the Earth  in the following of destructive strange weather in spontaneous occurrences in the developing of <u>Tornados and Hailstorms</u> over individual cities or a portions of the individual cities in conjunction with <u>Hurricanes</u> over oceans to land for a period of time in the sustaining of the storms themselves in traveling distances over land, the developing  of <u>False New Diseases and Cancers</u> in humans, the developing of <u>Physical and Mental Processing Disorders</u> in humans, and the developing of <u>False Transiting of Deaths</u> in humans for the initiating of an investigation at the minimal by the United States Military to engage the (<u>Foreign Race</u>) to find the intentions of the (<u>Foreign Race</u>) by the actions of the (Foreign Race) in surrounding and orbiting the Earth's equator with their (Space Ships) from the observations of (<u>The United States Military monitoring satellites</u>) in conjunction with which (<u>The United States Military/Joint Chief of Staff or Generals</u>) in knowing of the positions of the (<u>Space Ships in posing as Stars of False Constellations and a False Moon of the Foreign Race</u>) have denied the revealing of validations to be (<u>Space Ships of a Foreign Race</u>) in information to The United States Congress and The American People in leading to the allowing in detriments of <u>all problems in need of solving and having been Falsely Solved</u> to The American People as <u>Fault</u> in mischievousness of (<u>The United State Military/Joint Chief of Staff or Generals</u>) in therefore committing (<u>Treason</u>).

By (<u>The United States Military/Joint Chief of Staff or Generals</u>) in building long or short term safety shelters with longer term storage shelters of resources being underground for themselves in knowing the (Mentality) in situations of shortages in food for people in relation to a military or The United States Military resources for itself in the event of a war or the failure of a dangerous containment of a disastrous event <u>in separation with not making The American People</u> as the primary focus by The United States Military in not securing and protecting The American People in building of

n

l

ency,
t

overn-
nade a
: tele-
Space
id and

m the
ie bet-
d be a
gram,
veight
still at

arden.
one of

ntrac-
Office,
e tele-
: Hub-
view.
s on 5A

ig and
above,
cture



A solar halo is visible in the sky Monday over First Sarasota, the Downtown Baptist Church on Main Street in Sarasota. The phenomenon is the result of an atmospheric condition in which sunlight is refracted by ice crystals in the atmosphere. *STAFF PHOTO / DAN WAGNER*

## her, daughter dances through grief

nd tears? Those are to be shed
clusion, if at all.
et here she was standing be-
unfamiliar faces, her cheeks
and strangled words coming
h her mouth about the dance
was about to perform, a dance
cated to her mother, Susan.
er mother, who passed down
nherent grace and flawless Fil-
o skin to her only daughter.

Ashleigh Ada-
mec and Alora
Haynes, chair of
the fine arts de-
partment at San-
ta Fe College.

*PHOTO PROVIDED
BY DON ADAMEC*

 **ONLINE**
To see a

Just a few months ago, market watchers were optimistic that the U.S. economy had decoupled from Europe's problems, able to grow even as the Continent faltered.

While most of the focus has been on oppressive debt and debilitated banks in the eurozone, concerns are shifting to the drag that the recession in Europe is exerting on the global economy. Over the weekend, President Barack Obama reflected the growing anxiety by saying that Europe's economy is "starting to cast a shadow on our own as well" and that it was partly to blame for the recent slowdown in job creation in the U.S.

The economy of the European Union, which includes the 17 nations that use the euro currency and 10 other countries, is a larger economic unit than the U.S. or China.

Corporate profits have been one of the brightest spots in the U.S. economy, but the decline in European revenues is part of the reason that analysts have recently ratcheted down their expectations for profit growth in the second quarter. In the case of technology companies, analysts say they

*See ECONOMY on 2A*

### INSIDE

**WORLD**
**A GESTURE TO THE U.S.**
Vietnam will open sites to investigators searching for the remains of U.S. service members. **4A**

**BUSINESS**
**MANATEE FIRM SET TO HIRE**
A business phone solution provider expects to increase its payroll by 50 percent. **1D**

**FRENCH OPEN**
**SHARAPOVA MOVES ON**
Maria Sharapova advances to the quarterfinals of the only Grand Slam tournament she has not won. **1C**



**HERALDTRIBUNE.COM/SUMMERCAMPS**
**SUMMER CAMP GUIDE**
Looking for something for the kids to do? Check out our summer camp listings online.

**SNN LOCAL NEWS 6**
**SARASOTA PROCUREMENT**
Sarasota wants to make it easier for the city to hire local and minority contractors.

| | | | |
|---|---|---|---|
| Classified | 6C | Obituaries | 6B |
| Comics | 4D | Opinion | 6A |
| Lottery | 2A | People | 7B |
| Movie Log | 7B | Sports | 1C |


0 90994 29001 3

# BRADENTON HERALD

Tuesday, June 5, 2012

MANATEE COUNTY'S NEWSPAPER SINCE 1922

BRADENTON.COM · 50 cents

## Sun wears a ring

## O'Brien throws hat in the ring for mayoral run

By **MIRIAM VALVERDE**
mvalverde@bradenton.com

**BRADENTON** — Richard O'Brien, the chairman of the Manatee County Democratic Party, is running for Bradenton mayor.

O'Brien, 46, is becoming the fourth announced candidate for the position.

O'Brien, also a University of South Florida, Sarasota-Manatee professor, joins the mayoral race along with Travis W. Holliday, current Ward

Barnebey, and incumbent Wayne Poston. The mayor's position in Bradenton is nonpartisan.

"This campaign is not about personalities," said Poston. "It's about record of leadership."

Poston said that at the time it is "proven," and by 2000 he had "piled along list of accomplishments" and trusted voters "will want

**MAYOR TO 5A**



Find more online
For other stories on local politics, go to...

PLEASE WOOD
SALUTES PRINCIPALS

DUES JEAN
MARTIN

TRADE YOUR GAS GUZZLER OR
GET A NEW TRUCK CHEAP AT CHEVROLET MAZDA
Test drive our site
749-2688 COXAUTO.COM



and deception for fulfillment of <u>False Prophesies</u> <u>in Religions</u> of the initiating by the <u>Foreign Race</u> <u>of Another Solar System, with a Group in People of Earth</u>)

There are Multiple Space Ships in surrounding mountain of volcanoes being underground in keeping the volcanoes in a cool state for extracting of the Earth's elements from the lava or magma in a filtering process with the cooling water of the process being angled in directions from the sea being underground as the top surface being angled in a direction from <u>dug out of Trenches</u> as what the Foreign Race dows to Niagara Fall by the Earth being circular with the spinning of the Earth in generating a natural falling of the water on the angles of <u>dug out Earth</u> in continuence of the focus on the lava or magma mifes being underground at the inland of the continents in the redirecting of the lava or magma flows in forming hot springs and geysers from the center of the sea being used in the cooling process of a filtering process for the extracting of the Earth's elements while the lava or magma flows are direct out to the sea in the forming of islands.

There are multiple Space Ships of the Foreign Race with a Group in People of Earth in posing as Stars of False Constellations that are abiting around the Earth in simultaneous movement with the Earth while the Earth is orbiting around the Sun. Stars are Sun of solar systems. (<u>The Sun our Star</u> <u>does not revolve around our planet or any other</u> <u>planet which mean that Stars can not revolve</u> <u>around the Earth</u>).



Our (Star being a Sun) with our solar systems are moving as one through the universe being Facts of Knowledge with no Hypotheses or Guesses. By all Stars being Suns in constantly moving, the Stars being Suns can not be in a constant holding position or stable position for a formation in a shape of False Constellations because the Stars being Suns with the planets of solar systems in moving with their Sun would crash or collide into one another solar systems in destroying one another solar systems being close to one another in therefore revealing the identity of the False Stars to be (Space Ships of a Foreign Race from Another Solar System).

These Space Ships in posing as Stars of False Constellations are divided into two groups in spacing that are orbiting in unison around the equator of the Earth in the formation of a circular ring around the Earth, in conjunction with a route in a movement of side to side as (East to West of directions in a quarter of the distance in the circumference of the Earth in special movement of the two groups of (Space Ships) over the oceans of the Atlantic and Pacific in the viewing distance to half the continents of the Earth at each group of (Space Ships). These two groups of Space Ships in posing as Stars of False Constellations do not travel opposite the viewing range into each designated area of divided continents for each group of Space Ships to not be infamiliar to the people of designated continents to the



group of (Space Ships) except a special viewing
of the opposite group of (Space Ships) being seen
in the opposite area of the continents for the
accommodation of a ritual in relating to
False Prophesies.
In relation to the route and timing in the route
of the Space Ships in posing as Stars of False
Constellations in viewing to the continents of South
and North America yet relating the same conditions
to the opposite group of Space Ships in covering the
other half of continents as Africa and Europe,
The group of Space ship in orbiting over South
and North American are moving in a route
from East to West in Starting at 6pm, to finishing
at 6am, in traveling across the Atlantic Ocean
to the Pacific Ocean then moving in reverse of
the route of West to East at 7:30AM, during
the cover of daylight by the use of the blue
Skyline as a cloak. These (Space Ships in posing
as Stars and holding positions or stable position
of False Constellations) validate themselve to be
Space Ships by the facts that Stars of False Constellations
do not revolve around the Earth itself, neither
the Earth and our Sun in revolving around
Stars of False Constellations, do not position themselves
between the Sun and Earth, and do not hold stable
in one position with a constant orbiting of the
Earth equator in the 365 day of the year,



The Space Ships in posing as Stars of False
Constellations of the Foreign Race from Another
Solar System with a Group in People of Earth
are spaced in distance to cover the entire
Earth to give Functionability to the concepts
of all our Nuclear and Electrical inventions
with the vehicles in functioning on fuels of
gases and liquids of inventions while the Foreign
Race of Another Solar System with a Group in People
of Earth take for themselves and deny to us the
functional elements of energies for Functionability
in technologies. The beaming of Functionability
from the Foreign Race with a Group in People of
Earth to our planet's none functional technologies
is being cloaked by _Transparent Light_ in relation
to imagery with the use of _Projected Sound Fields_
and _Projected Air Containment Fields._

There is a (_Space Ship_ in posing as a _False Moon_ )
in its orbiting around the Earth in validating its
to be a Space Ship by its changing rates in speeds
of different days of the month, its none appearances
within a month of a year, its outwardly
display of a shadow or a shadowing phase
on the surface of its hull during the daylight,
its outwardly display of constant light on its
surface with a shadow or shadowing phase on
it surface in orbiting on the Earth's constant
dark side in meaning that the Space Ship in posing
as a False Moon in being on the constant darkside
can not have a shadow and light by what is
the source of causing the shadows to be on the
surface of the False Moon but technology of

a Holographic Register on the hull of the (Space Ship), and its changes in abstance of closeness to the Earth in all Facts being validated to the revealing of the object being a False Moon to be a (Space Ship).

By the revealing of the Facts in exposing the Space Ships in orbiting the Earth, These Space Ships of a Foreign Race with a Group in People of Earth will induce weather conditions of heavey light or dark cloud coverage in the Sky to block your observation of self validation for two to three days.

By the Space Ships of a Foreign Race from Another Solar System with a Group in People of Earth in possibly attempting to change their formations and pattern of a orbiting route from the Facts being stated, the familiarity of the positions of supposing Stars or Constellations in a formations being Space Ships will not allow the Foreign Race to manipulate you to think their real Stars from the movements of the Space Ships by you seeing the Space Ships for 365 day a year in conjunction with Space Ship being directional marking in the night Sky.

# Facts of The Earth

The Earth's true directional spinning rotation on its orbital field with the true infinite spacial direction.

The Earth or any planet alway will have a constant darksides and lightside on its orbital field.

The Earth moves on its orbital field from South North with the Earth in spinning on its orbital field from East to West.

Earth

lightside being the East side of our Solar System

West

Sun at a distance

Darkside

East

spinning rotation

The darkside being the west side of our Solar System

orbital field 1 ✱ ✱ ✱

The North of the solar system is to the Left by the facing of the light

North

Sun at a distance

south

orbital field ✱ ✱ ✱

Earth

Earth's orbital Field

The South of the solar system is to the Right by the facing to the light. The Earth moves from South to North or the Right to Left

# Facts and Positions



North

East

Equator

West

South

The space ship is at an angle in leaning toward the Earth with the base of the ship projecting a shadow on it hull

The equater of the Earth alway will face the Sun.

The shape of the space ships are the image of an upright wheel of a flat parallel saucer

North

Sun

## Regular Orbiting Route

The Space Ship in posing as the False Moon will orbit the Earth from east to west.

The Space Ship will alway move from South Pole to North of the equator being a degree above the equator

South

Space Ship in posing as a False Moon

East

Equator

The space ship is at an angle to the equator of the Earth

West

During the False Solar Eclipse the space ship will roll between the Earth and Sun in the positioning of the space ship as a wheel.

Sun

East

Earth

North

Equator

South

West

## False Solar Eclipse Route

North      Sun      South

Solar Eclipes

space ship

East

Equator

West

When the Space ship proform the solar operation it will not orbit the Earth from East to west but will move in a straight line across the the Earth from from the South pole to the North Pole

Earth      Sun

space ship

# Facts and Positions

The Space Ship formations of
False Constallations are higher of
farniess in orbiting distance
than the Space ship in posing
as the False Moon



Sun

⊙ False North Star

East

Spinning rotation

Equator

West

Earth

False moon of a Space ship

The Big Dipper
Space Ships being unison
in moving across the
Equator over the
Atlantic Ocean to the
Pacific Ocean with
the Space Ship in their
formations of shaps
being land marking
in the Night sky
to us on the Earth,
in revealing their
True identity by
the Space Ships in
Constaritly orbiting in
positions for 365
days of year

Stars can not be stationed
between the Sun and the Earth.
These Ships reveal their identity by
the rising of the Sun in the
spinning rotation of the Earth.
with the formations of the last
Space ships over the Pacific Ocean
at day break of morning.

# Facts and Positions of Ships

The Space Ships in posing as a False Moon are using the cloud coverage over the South Pole to cloak their mining operation with the use of Reflective Holographic Projections in reflecting the Top Sky environment to the bottom of their Space Ships to move at any range of light in the sky. These Space Ship use the North and South Poles with the Earth oribitial field of an area as a Space Ship exchanging Area.

These Space Ships are combining the gases of the Earth with the frozen liquid water as an extraction process for the abundance of the energies.



Constant light side of the oribital field

Constant dark side of the orbital field

# Facts of the *False Moon*

The Space Ship in posing as a False Moon is already facing at the Earth's equator in an angle in positioning of its Space Ship by the shape of the Space Ship being the form of a wheel at an angle facing the Earth to project a flat image on the base of its hull for an illusion of a shadowing phase of a False Moon in orbiting the Earth above the divide of the equator toward the North in a slight degree at the maxium of a orbiting position then orbiting below the equator of the Earth to the South poles of a route in orbiting outerward in angle from the South Pole into outer space to exchange in a position with another Space Ship of a mining process. These Space Ship perform a false operation of a False Moon in the giving of a False Solar Eclipses by these Space Ships in completely changing their orbital route in moving from the south of the equator to the North Pole of a complete crossing of the Earth without the Space Ship in orbiting around the Earth to proform the operation of a False Solar Eclipse for the accommodating of Religious Prophesies and Rituals.

    The diagram in relation to the Space Ships in posing as a False Moon will show the directions of orbiting routs and orbiting positions of the Space Ships of a (Foreign Race from Another Solar System with a Group in People of Earth) on the next page.

    It is obvious of the Space Ships in posing as a False Moon in the orbiting of the Earth with no spinning rotation of an orbiting and (a condition of a state) in holding a shadow and a lite surface in orbiting in the two states of light of day and dark of night around the Earth being a Space Ship.

By the appointee (Steven Chu being the Secretary of Energy over The Department of Energy) in not having the required education and personnel in fortified knowledge in relation to the governmental institution establish name of The Department of Energy to know and detect the false none functional states of Nuclear and Electricity of False Energy and not having the knowledge to construct real states of energy of Fuctionability in all technological innovations of power plants or constructed power sources, vehicles of transportation, computer hardwear/softwear products, telecommunication products, and weapons of lunching with their false guidance systems of human Earthian ingenuity, (Steven Chu being The Secretary of Energy and The Department of Energy) have failed and are failing The America People and the world by the reporting of false information as facts in validating The United States of America in having a sure and safe power supply in constructing and producing of energies for The American People to have functional power plants and The United States Military to have functional weapons and vehicles from the inspections of The Department of Energy in reports to The United States Executive Branch Position and The United States Congress with The Department of Energy in not having the validating knowledge to write or verbalize a report of Facts to the two Federal Branches of Government by The Department of Energy in not having the required knowledge to express the state of Functionability in a Tangible Power to be manifested by the combination of two or more elements in the producing of an energy in manifestation to existence in conjunction with the basic structuring of elements for the elements's energies to manifest and produce the different states of Tangible Powers as motion, light, color, structural visual projection imagery, sound, heat, coldness, and control modulation of Tangible Powers in technologies of a purpose apart the (Theoreticalness in Hypotheses of Guesses) in the structuring of none functional elements for Functionability to manifest the Tangible Powers from the false knowledge of Earth's scientist in the constructions of Nuclear and Electrical technologies as false knowledge for The Department of Energy that technologies of United States of America in validations and approvals by The Department of Energy will result in the failing of no Functionability in the possible event of an engagement in combat with the (Foreign Race of Another Solar System in combination with a Group in People of Earth) by the neutralizing of the displaying Tangible Powers in the world's technologies by the (Foreign Race of Another Solar System with Group in People of Earth) being the source in supplying the True Functionability of displaying Tangible Powers in the world's technologies of weapons, communication systems, medical innovations and vehicles of transportation in functioning on fuels of gases and liquids or the False States of Nuclear and Electricity as Energies in leaving The United States Military and the whole planet in a state of vulnerability apart the state of presently now in the blocking of The People of Earth from the ascertaining of the Functional Elements yet unknowing to us for our independent producing of energies for Tangible Powers in our technologies to progress and defend ourselves independently which (validations and approvals of False Knowledge of Hypotheses) to be Facts in the using of none functional elements and the structuring of none functional elements of scientists of Privet Technological Companies and The United States Military branches of institutions for the manifesting of Tangible Power in technologies by The Department of Energy are producing the states of no real progress and defense in The United States of America from the lacking of required knowledge in the personnel of inspectors in The Department of Energy in therefore committing (Treason).

(20)

## Facts Relating to Detriments

All of the Nuclear and Electrical technologies of our planet are none functional and manipulated because the Foreign Race of Another Solar System with Group in People of Earth, supplies the _power_ to the none functional technologies with the manipulating in the affecting results and the affecting results of the none functional technologies in _all field of a cancers_. This is why the doctors in the hospitals were stating to me about the test analyses being clear of no inner physical damaging of _brain matter_ from (MRI and CAT) results. In relation to the _brain matter_ to all The American People and people of the world because the subject will be brought to focus in relation to the _state of Transiting of Death_. All the people in the _graves_ with no breaching in the casset will have no deterioration of their _brain matter_ because the _brain matter regenerates_. This is true even to the _mummies of Egypt_. My _brain matter_ is regenerating, but the _scarring of the brain matter_ at the time of the (MRI) and (CAT) scans in revealing the result was servely damaging _in contrary_ to the results of the (MRI) and (CAT). In actuality apart the experiments perform on me, I will be physically fit because the physical matter regenerates itself. This is expressed to inform of the _fallachas_ of diseases and Cancers in the focus of reference to brain Cancers. _By the Truth in_ the status, All medicines and methods of treatments of Electrical technologies are false in generating any healing in physical matter and neutralizing in pains.

# Facts Relating to Detriments

The technologies of inventors in functioning on the false states of energies of Nuclear and Electricity have build their technologies in the revalidating of each other by the validating of them all of the first false principles in the basic structuring for Functionability in manifesting of the false states of Nuclear and Electricity themselves as energies with the abilities to manifest the Tangible Powers from the false states of energies of Nuclear and Electricity themselve by the Hypotheses of the first principle of each false states of energies for the manifestations of Nuclear and Electricity being False by Guesses. These hypothese of false construction of false states of energie are taught in College with the producing of none functional technologie from (Privet Technological Companies) in the United States of America. The Functionability in our technologies is supplied by the Foreign Race of Another Solar System a Group in People of Earth for the accommodating of our concepts of a technology to give the impression to ourselves as us in finding the principles in constructing states for Functionability in our technologies. This Foreign Race of Some with a portion of some in a Group of People from Earth have shown and are showing biasism toward a few to be successful in all area of life with them not put little to no effort in achieving for themselve as the sprinter from Jammaica Mike Belt out running the other sprinter in the 100mm and 200mm by the holding of the other sprinters body effort with their technologies for sport of fun for themselve.

(22)

Facts Relating to Detriments

The Foreign Race of Another Solar System
with a Group in People of Earth have been
and are altering information of checking
accounts, bank teller machines, identification
information, and office files or any
information on paper and false electronic
element in believing to have a memory.

This Foreign Race with a Group in People
of Earth proform bias act of altering in
all sports in manipulation for people in
knowing their real identity, people in believing
them to be spiritual supernatural entity of
a Religion, and Sport of Fun in competing for
the end result of an event or situation with
their technology. The Sport and Game of poker
online of a False InterNet and physical communion
are excessively altered in continuous manipulation
by the Foreign Race of Another Solar System
with a Group in People of Earth in the altering
of cards in physical communion in the card
deck of or after shelting process and holding
of a deal hand in conjunction with the
board of card in relating to the deal hands
by a process of using transparent light with
a process of restructuring molecules of ink
on the card with a air containment field.
The game of poker over the Internet is evenly
altered in manipulation as the physical communing
of Poker by the Foreign Race of Another Solar System
with a Group in People of Earth from them in
supplying the functional state of technologies.

(23)

## Facts Related to Detriments

The stating of Facts is made to inform you of the degree of manipulation in causing people to loose, by the _Foreign Race and Group in People of Earth_ in manipulating for sport of fun in competing for the end result of an event or situtation with technology, in conjunction being the main focus of their reason in altering for experiments to induce emotions for Mental Controlong of people in detensity and intensity of emotion.

When the _Foreign Race with a Group in People of Earth_ are around you in conducting experiments, you can look or stair into open space of the sky or a field in seeing plusating light in front of your eye, speck of bright white of a refracted beam transparent light from the side view of the speck of white bright light, and the chasing of your eyes in seeing blotches of moving light in using transparent light technology in this being an indication of experiements in proforming on you.

By the Federal Government Institutions'
personnel in the allegations of the breaking or
breaching in The Constitution of The United States of
America by their oaths being counter to The
Constitution of The United States of America in
the Neglecting to protect the America People, the
mischievousness in lying to The United States Congress
and The America People, and the lacking of required
knowledge in their positions to server and protect
The America People and Earth, my illnesses of
deferment in developments are the following of
a Physical Processing Disorder of the restricting
in total body motions, the inner disruption
in respiration from the compressing of lungs,
the disruption in the heart of slowly pumping
or ceasing and restarting in pumping, the inner
forced compressing of pressure in the skull with
the initiating in ear aches, the restrictions in
motion in the tongue to not pronounce words
of thoughts for understanding to other, the
disruptions in outer vision of spontaneous
occurrences in blaring of the eyes, the forced
outward pressure on the hip to induce loss
in balance or gait with the inducing in pain
of the inner and outer area of the hip for
limping, the swelling in the hand and feet
of liquid for the deforming in the hands and feet
the inducing in pain and limping in the hands
and feet, a Mental Processing Disorder of the
blocking or total ceasing in the inner visualization
of rationaling to construct thoughts to be expressed
in outward speech with the blocking in inner sound

(25)

of utterances in one self from the focus in conceiving
of thoughts, the blocking of memory in summoning
a specific memory as having of the False Disease
of Alzheimer with stated symptom above relating
to The American People and people of world from
experiments by the Foreign Race of Another Solar
System with a Group in People of Earth on me
Raphael E, McKinnon.

726 North Dodge          Phone. ~~###~~ (941) 447-9981
Sarasota Fla. 34234