UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RAPHAEL E. MCKINON,** *pro se,*

    **Plaintiff,**

v.                                                        Case No.  8:12-cv-1275-T-30MAP

**BARACK H. OBAMA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that Plaintiff has failed to pay the required filing fee pursuant to this Court's Order (Dkt. #3) entered on June 13, 2012.  It is therefore

**ORDERED AND ADJUDGED** that:

1.     This case is dismissed without prejudice.

2.     The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on July 16, 2012.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2012\12-cv-1275.dismissal.wpd